IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00210-BNB

JEFFREY BARTOSIEWICZ,

    Plaintiff,

v.

MESA COUNTY MEDICAL PROVIDER, official capacity,
STAN HILKEY, individual capacity,
OFFICE [sic] MILLER, individual capacity,
CATHY VELDA, individual capacity,
DR. HOLMES, individual capacity, and
SUE GRIMBY, individual capacity.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2006

GREGORY C. LANGHAM
                 CLERK

## ORDER DISMISSING CASE

This matter is before the Court on the motion to dismiss that Plaintiff Jeffrey Bartosiewicz submitted *pro se* and the Court filed on April 11, 2006. In the motion, Mr. Bartosiewicz informs the Court that he wants to dismiss his complaint. Also on April 11, Mr. Bartosiewicz filed a request for a copy of his complaint. Mr. Bartosiewicz's request for a copy of his complaint will be denied. Plaintiff is advised that he should not submit to the Court any documents he may want copies of because the Court's electronic filing system does not allow the Court to maintain paper copies. Plaintiff may obtain copies of the electronic documents in this action at a cost of fifty cents per page, to be paid in advance.

The Court must construe liberally the April 11, 2006, motion to dismiss because Mr. Bartosiewicz has filed the motion on his own behalf. *See Haines v. Kerner*, 404

U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Therefore, the Court will construe the April 11 motion liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that Plaintiff Jeffrey Bartosiewicz's request for a copy of his complaint is denied. It is

FURTHER ORDERED that the motion to dismiss that Mr. Bartosiewicz submitted *pro se* and the Court filed on April 11, 2006, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of April 11, 2006, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 20 day of April, 2006.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00210-BNB

Jeffrey Bartosiewicz
Prisoner No. 130337
DRDC
PO Box 392004
Denver, CO 80239-8004

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/20/06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk